# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: ANNIE WIMS | ) | CASE NO. 05 B 36399 |
| | ) | |
| | ) | CHAPTER 7 CASE |
| | ) | |
| | ) | HON. JACQUELINE P. COX |
| DEBTOR | ) | |

TO: THE HONORABLE JACQUELINE P. COX
BANKRUPTCY JUDGE

## APPLICATION OF TRUSTEE'S ACCOUNTANT
## FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Popowcer Katten, Ltd., accountant for the Trustee pursuant to 11 U.S.C. Sec 330 and Bankruptcy Rule 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. The Petition commencing this case was filed on September 9, 2005. This Court on January 25, 2006 authorized the employment of the firm of Popowcer Katten, Ltd. to serve as accountant for the trustee.

2. Applicant requests $960.00 in compensation for 4.8 hours of services performed and reimbursement of actual expenses in the amount of $0.00 for the period September 20, 2007 through September 21, 2007.

3. A description of the nature of the services rendered by the Applicant is as follows:

Accounting and tax services including preparation of the federal and state fiduciary income tax returns for the year ended December 31, 2006 and preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

4. Attached as Exhibit "A" is an itemized statement of the accounting services rendered. The statement reflects the accounting services rendered, the persons who rendered those services, and a description of the work performed.

5. The time expended and services rendered by Applicant is summarized as follows:

<u>Tax Services:</u>

| Accountant | Hours | Rate | Total |
|---|---|---|---|
| L. West | 4.8 | $ 200 | $ 960.00 |
| Total Due | 4.8 | | $ 960.00 |

6.   Based on the nature, extent, and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation sought is fair and reasonable.

7.   At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

**WHEREFORE**, Applicant requests that it be awarded reasonable compensation of $960.00 for the accounting services rendered in this case and reimbursement of expenses of $0.00 incurred.

DATE:  September 4, 2009                    RESPECTFULLY SUBMITTED,

*[signature: Lois West]*

Lois West
Certifying Professional
35 E. Wacker Drive
Chicago, IL 60601-2207