**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case no. 05-36399 |
| ANNIE WIMS, | ) | Hon. Jacqueline P. Cox |
| | ) | |
| Debtor. | ) | Date:  October 15, 2009 |
| | ) | Time:  9:30 a.m. |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Barry A. Chatz, trustee of the above-styled estate, has filed a Final Report and the Trustee and the Trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> United States Bankruptcy Court
> 219 South Dearborn Street
> Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the Trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held at **9:30 a.m.** on **Thursday, October 15, 2009** in Courtroom 619, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604.  If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date:  September 8, 2009                                          /s/ Barry A. Chatz, Trustee

Barry A. Chatz, Trustee
120 S. Riverside Plaza
Suite 1200
Chicago, IL 60606
(312) 876-7100
(312) 876-0288 Fax
BAChatz@arnstein.com

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: pgordon              Page 1 of 1              Date Rcvd: Sep 10, 2009
Case: 05-36399                Form ID: pdf006            Total Noticed: 14

The following entities were noticed by first class mail on Sep 12, 2009.
db           +Annie Wims,   528 N Kedzie,    Chicago, IL 60612-1036
aty           David S Yen,    Legal Assist Found Of Metro Chicago,    111 West Jackson Blvd. 3rd Floor,
               Chicago, IL   60604
aty          +Gina B Krol, ESQ,    Cohen & Krol,   105 West Madison Street #1100,    Chicago, IL 60602-4600
tr           +Barry A Chatz,    Arnstein & Lehr,   120 South Riverside Plaza Ste 1200,    Chicago, IL 60606-3910
9798362       Citifinancial,    11436 Cronhill Dr,    Baltimore, MD 21297
10780017     +Citifinancial Services, Inc,    P O Box 70923,    Charlotte, NC 28272-0923
9798365      +Harris Bank,    3800 Golf Rd., Suite 300,    P.O. Box 8478,   Rolling Meadows, IL 60008-8478
9798366      +Menard’s,   21630 South Cicero Avenue,    Matteson, IL 60443-2213
9798367      +Orchard Bank,    Box 19268,   Portland, OR 97280-0268
9798368      +Peoples Gas,    130 E. Randolph,    Attn: Special Projects,    Chicago, IL 60601-6302
9798369      +Southwest Credit,    2629 Dickerson Parkway,    Carrollton, TX 75007-4458
9798370      +T-Mobile USA Inc,    Attn: Bankruptcy Dept,    PO Box 53410,   Bellevue, WA 98015-3410

The following entities were noticed by electronic transmission on Sep 10, 2009.
9798363      +E-mail/Text: legalasstfoundationrqsts@exeloncorp.com                              Com Ed,
               System Credit/Bankruptcy Dept.,    2100 Swift Dr.,    Oak Brook, IL 60523-1559
9798364       E-mail/PDF: gecsedi@recoverycorp.com Sep 11 2009 01:07:17     Greentree,   P.O. Box 98140,
               Louisville, KY 40298-8140
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 12, 2009**               **Signature:**   *Joseph Speetjens*